# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALICIA BEREND, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROLIANCE SURGEONS, INC., P.S.,<br><br>Defendant. | Case No.: 2:23-cv-01824-RSL<br><br>**PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Alicia Berend, hereby give notice that her claims in this action against Defendant Proliance Surgeons, Inc., P.S. is voluntarily dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: January 5, 2024                    Respectfully Submitted,

By:    */s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA #46971
Email: sam@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423

*Attorney for Plaintiff and the Proposed Class*

| | |
|---|---|
| 1 | |
| 2 | **CERTIFICATE OF SERVICE** |

I, Samuel J. Strauss, hereby certify that on January 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

DATED this 5th day of January, 2024.

TURKE & STRAUSS LLP

By:   /s/ Samuel J. Strauss, WSBA #46971
        Samuel J. Strauss, WSBA #46971
        Email:  sam@turkestrauss.com
        613 Williamson St., Suite 201
        Madison, Wisconsin 53703
        Telephone: (608) 237-1775
        Facsimile:  (608) 509-4423

2
PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL WITHOUT PREJUDICE